IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| Plaintiff, | * |
| | * |
| v. | *   CIVIL NO. JFM-00-3725 |
| | * |
| ASSORTED COMPUTER EQUIPMENT | * |
| (Becker) | * |
| Defendant. | * |

\* \* \* \* \* \* \*

### DEFAULT DECREE OF FORFEITURE

**IT IS ORDERED, ADJUDGED, AND DECREED** on this ____ day of March 2001 that:

1. The United States of America has provided constructive notice by publication of the pendency of this forfeiture action;

2. The time for the filing of any claim to contest this forfeiture has expired; the owner has agreed to forfeit; and no claim has been filed;

3. The United States of America has shown that there was reasonable cause for the seizure of the defendant property in accordance with 28 U.S.C. 2465;

4. The defendant property is condemned and all rights, title, and interest of Marianne Becker and any and all other persons, are hereby forfeited to the United States of America; and

5. The United States Treasury Department shall dispose of the defendant property in accordance with law.

J. Frederick Motz
United States District Judge